JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL TAPIA,

               Plaintiff,

     vs.

HUNTINGTON PARK POLICE
DEPARTMENT, CITY OF
HUNTINGTON PARK, CHRIS
LISNER, ALFONSO AMADOR,
MICHAEL TREVIS, PAUL
WADLEY, ELBA GUERRERO, LEE
ALIREZ, AND DOES 1 through 50,
inclusive,

               Defendants.

CASE NO. CV09-07624 VBF (SSx)

*Assigned for All Purposes to:*
*Hon. Valerie B. Fairbank – Ctrm 9*

**JUDGMENT**

      The arguments having been presented and fully considered, and in accordance with the Court's February 11, 2011, Minute Order granting summary judgment in favor of Defendants City of Huntington Park, Huntington Park Police Department, Michael Trevis, Paul Wadley, and Elba Guerrero (collectively, the "Huntington Park Defendants") which granted summary judgment on Plaintiff's first, second, third, and fourth causes of action under 42 U.S.C. § 1983,

1

**JUDGMENT**

1    It is therefore now ORDERED, ADJUDGED, and DECREED that judgment
2  is entered in this action as follows:

3    1.    Plaintiff Paul Tapia ("Plaintiff") shall recover nothing from the
4  Huntington Park Defendants on Plaintiff's first, second, third, and fourth causes of
5  action;

6    2.    The Huntington Park Defendants shall have judgment in their favor on
7  Plaintiff's first, second, third, and fourth causes of action; and

8    3.    The Huntington Park Defendants shall recover from Plaintiff their costs
9  of suit.

10    **IT IS SO ORDERED.**

11  DATED:  February 17, 2011

13                              By:    *Valerie Baker Fairbank*

14                                     **HON. VALERIE BAKER FAIRBANK**
15                                     United States District Judge

---
**2**
**JUDGMENT**